Referral Order (rev. 5/22) Page 1

# UNITED STATES DISTRICT COURT
## Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 22 2022 ★

LONG ISLAND OFFICE

United States of America

- v -

Willie Junior Maxwell II
*Defendant*

Case No.: **21-cr-0452-JS-SIL**

## REFERRAL ORDER

The above-referenced criminal case is hereby referred to **Magistrate Judge Steven I. Locke** for the following purpose(s):

[ ] To conduct an arraignment on the (Superseding) Indictment or Information, to appoint counsel (if appropriate), and/or to rule on any bond applications or modifications.

[X] Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

[ ] To select a jury of _____, with _____ alternates.

**SO ORDERED:**

*s/ Joanna Seybert*
Joanna Seybert, Senior U.S. District Judge

Dated: 8/18/2022
Central Islip, N.Y.

The undersigned defendant has voluntarily consented to the above after full consultation with counsel. The undersigned defendant will suffer no prejudice by not consenting. If there is no consent, the District Court Judge assigned, rather than the Magistrate Judge, will act.

Defendant Signature: _____
Printed Name: Willie Junior Maxwell II

Counsel Signature: _____
Printed Name: Elizabeth E. Macedonio, Esq.

Government: _____
Printed Name: Christopher Caffarone/Andrew Wenzel, AUSA

**SO ORDERED:**

s/ Steven I. Locke
Steven I. Locke    , U.S.M.J.

Dated: 8/22/22
Central Islip, N.Y.