| | |
|---|---|
| BEFORE: STEVEN I. LOCKE<br>UNITED STATES MAGISTRATE JUDGE | DATE: 08/22/22<br>TIME: 11:00 |

## CRIMINAL CAUSE FOR GUILTY PLEA

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 22 2022 ★

LONG ISLAND OFFICE

**DOCKET No. 21-cr-0452**

**DEFENDANT:** Willie Junior Maxwell II    **DEF. #**
☐ Present   ☐ Not Present   ☒ Custody    ☐ Bail/Surrender

**DEFENSE COUNSEL:** Elizabeth Macedonio
☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.:** Chris Caffarone

**INTERPRETER:** ()

**PROBATION OFFICER/PRETRIAL:**

**COURT REPORTER/FTR LOG:** 11:30-11:52        **MAGISTRATE DEPUTY:** KMG

☒ Case called    ☒ Counsel for all sides present

☒ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒ Defendant enters a Plea of Guilty to Count 1 of the Indictment

☒ Court finds a factual basis for the plea and accepts it

Sentencing:    ☐ Set for _____ before Judge _____

☒ To be determined/set by probation

Defendant:    ☒ Continued in Custody

☐ Bail Set/Continued

☒ Transcript ordered – to be ordered by Clerk's Office

☐ Conviction notification form electronically sent to probation.


OTHER: Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Locke, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.