

August 29, 2022

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

 Re: USA v. Leonardi
     25-452 (JS)

Dear Judge Seybert:

Defendant requests that this matter be placed on the court's calendar for Tuesday September 6, 2022 at 10:30 a.m. for a conference to join the co-defendant's in this matter.

Defendant waives and speedy trial time from the last court date, August 15, 2022 through September 6, 2022.  We thank the Court for its continued time and attention to this case.


Respectfully submitted,


  __/s/ Jonathan B. Manley_____