

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CCC:APW:ss
F. #2021R00258

*610 Federal Plaza*
*Central Islip, New York 11722*

September 9, 2022

<u>By Email and ECF</u>

Anthony M. La Pinta, Esq.
200 Vanderbilt Motor Parkway, Suite C-17
Hauppauge, NY 11788

        Re:    <u>United States v. Kavaughn Wiggins</u>
                <u>Criminal Docket No. 21-452 (JS)</u>

Dear Counsel:

        Enclosed please find supplemental discovery from the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure, items Bates numbered KW 0000218 through KW 000237.  Also enclosed is an index of the discovery.  The index will not be filed electronically.  The government also requests reciprocal discovery from the defendant.

        Very truly yours,

        BREON PEACE
        United States Attorney

By:    /s/ Andrew P. Wenzel
        Andrew P. Wenzel
        Christopher C. Caffarone
        Assistant U.S. Attorneys
        (631) 715-7832/7868

Enclosures
cc:    Clerk of the Court (JS) (by ECF) (without enclosures)