Order Accepting Guilty Plea (rev. 5/22)                                                                                    Page 1

# UNITED STATES DISTRICT COURT
### Eastern District of New York

United States of America

- v -

Willie Junior Maxwell II

*Defendant*

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 1 3 2022   ★

**LONG ISLAND OFFICE**

Case No.: 21-cr-0452-003-JS-SIL

## ORDER ACCEPTING GUILTY PLEA

The above-named defendant pleaded **GUILTY** before United States Magistrate Judge
Steven I. Locke        on    8/22/2022    . Upon completion of the proceeding, the Magistrate
Judge recommended that the District Court accept the defendant's guilty plea.

Having reviewed the plea minutes, the Court finds the following: (1) that the defendant's
guilty plea was entered voluntarily and intelligently, (2) that the defendant fully understands the
rights being waived and the consequences of the plea, and (3) that there is a factual basis for the
plea.

Therefore, it is hereby ORDERED that the defendant's guilty plea is ACCEPTED.

**SO ORDERED**:

*Joanna Seybert, Senior U.S. District Judge*

Dated:    10/13/2022
       Central Islip, N.Y.