UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,    CASE No.: 21-CR-452

    -against-

Anthony Leonardi

              Defendant,

-------------------------------------------------------X

## CONSENT TO HAVE A PLEA TAKEN
### BEFORE A UNITED STATES MAGISTRATE JUDGE

    The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

X _____
              Defendant

X _____
    United States Attorney

X _____
          Defendant's Attorney

Dated: 11/14/22
Central Islip, New York

/s/ Anne Y. Shields
X _____
           Magistrate Judge