## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: ANNE Y. SHIELDS U.S.M.J.**

**DATE:** 11-14-22

**DOCKET NUMBER:** 21-CR-452-JS

**DEFT NAME:** ANTHONY LEONARDI (sworn)   **DEFT:** #1
 X  PRESENT     NOT PRESENT      X IN CUSTODY      ON BAIL

**ATTY FOR DEFT:** JONATHAN MANLEY   X RETAINED      C.J.A.
 X  PRESENT      NOT PRESENT            FED. DEF. OF NY, INC.

**A.U.S.A.:** ANDREW WENZEL   COURTROOM DEPUTY: JT
**FTR:** 1:54-2:11                INTERPRETER: (sworn)- Language-

 X   CASE CALLED.

 X   COUNSEL FOR ALL SIDES PRESENT.

 ___  WAIVER OF INDICTMENT EXECUTED.

 X   DEFENDANT STATES HIS TRUE NAME TO BE ANTHONY LEONARDI

 X   DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT 1 (ONE) OF THE INDICTMENT.

 X   COURT FINDS A FACTUAL BASIS FOR THE PLEA AND RECOMMENDS THE PLEA OF GUILTY BE ACCEPTED BY THE DISTRICT COURT.

 X   SENTENCE DATE 5/15/2023 AT 2:00 PM BEFORE JUDGE SEYBERT.

 ___  PROBATION NOTIFICATION FORM completed by parties and given to defendant's attorney with instructions to return to Probation Department following proceeding.

 X   PROBATION NOTIFICATION FORM completed and sent via electronic notification to the Probation Department following proceeding.

 X   DEFENDANT REMAINS IN CUSTODY.

 X   OTHER: Referral order received from Judge SEYBERT. Transcript to be ordered for Judge SEYBERT.